Ralph James Reyes, n/c, 53248
(full name/prisoner number)

c/o ISCC
P.o. Box 70010
Boise, Idaho 83707
(complete mailing address)

U.S. COURTS

MAR - 9 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

RALPH JAMES REYES,
(full name)

Plaintiff,

v.

CORIZON HEALTH SERVICES, LLC.,
Dr. John Doe,

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:18-cv-114-BLW
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes ___ No

A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☒ Other federal statute *(specify)* HIPPA ___; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

PRISONER CIVIL RIGHTS COMPLAINT - page 1

Revised 11/12/09

## B. PLAINTIFF

My name is Ralph J. Rayes. I am a citizen of the State of Idaho, presently residing at Idaho State Correctional Center.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Corizon Health Services, LLC., *(defendant)* who was acting as health care for profit Company *(job title, if a person; function, if an entity)*

for the State of Idaho by the way of Contractual agreement *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on June 13th, 2016 and continueing *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

(1) Corizon Health Services LLC is a private for profit corporation who employed Doctor John Doe (whose identity is currently unknown to plaintiff) Dr. John Doe refused to provide me with adequate medical care when I was assaulted by Correctional Officer, despite my Serious Medical need, after I was Struk in the groin by an Officer, and Suffered Serious physical injury that required treatment. (2) Corizon employee's disclosed my private health information to IDOC administrators without my permission or consent in violation of HIPPA. (3) Corizon is sued for negligent actions of its employee's under the doctrine of Respondent Superior.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

(1) Dr. John Doe violated my rights under the 8th Amendment when he ignored my Serious medical need and committed the state law Tort of negligence and Medical malpractice, as such for state law claims Corizon is sued under the Doctrine of Respondent Superior. John Doe also disclosed my private protected medical information to unauthorized staff in violation of HIPPA.

4. I allege that I suffered the following injury or damages as a result:

As a result of Dr. John Doe's actions and/or in-action I have suffered perminate physical injury and pain and Suffering. In addition I have suffered emotional, mental injuries including depression.

5. I seek the following relief: (1) Compensatory damages against Defendants in the amount of $10,000,000. (2) Punitive Damages in the amount of $500,000 against each Defendant. (3) What other relief the Court deems Plaintiff is entitled

6. I am suing Defendant in his/her _X_ personal capacity *(money damages from Defendant personally)*, and/or ___ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or _X_ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. _X_ Yes ___ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _____

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. §_1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| None | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do _X_ do not ___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I am hispanic and have difficulties with reading and writing the english language. I am untrained in law and am incarcerated. This case is complex and will require expert testimony

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on __3-6-18__ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date); OR (specify other method)* _____.

    Executed at __ISCC__ on __3-2-2018__.
             *(Location)*                     *(Date)*

                          *Ralph J. Reyes*
                          *Plaintiff's Original Signature*

    *Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

PRISONER COMPLAINT - p. 4
10/24/2011)                                                                          *(Rev.*