UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RALPH JAMES REYES,<br><br>              Plaintiff,<br><br>   v.<br><br>CORIZON HEALTH SERVICES, LLC, and DR. JOHN DOE,<br><br>              Defendants. | Case No. 1:18-cv-00114-BLW<br><br>**JUDGMENT** |

     In accordance with the Successive Review Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: November 30, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge